1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DAGLIYAN, an individual,<br>  Plaintiff,<br>  vs.<br>ADVANTA BANK CORP, a Utah Corporation<br>AMERICAN EXPRESS CENTURION BANK, a New York Corporation<br>BANK OF AMERICA N.A., a National Association<br>BMW FINANCIAL SERVICES, a Delaware Limited Liability Company<br>CACH LLC, a Delaware Limited Liability Company<br>CAPITAL ONE BANK (USA) N.A., a National Association<br>CHASE BANK (USA) N.A., a National Association<br>FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company<br>RESURGENT CAPITAL SERVICES, a Delaware Limited Partnership<br>CITIBANK (S.D.) N.A., a National Association<br>TOWNSGATE CAPTIAL CORPORATION, a California Corporation<br>U.S. BANCORP, a Delaware Corporation,<br>  Defendants. | No. 12-cv-08775-CBM (PJWx)<br><br>**JUDGMENT [JS-6]** |

1

Consistent with this Court's March 22, 2013 Order finding that Defendant Ford Motor Credit Company LLC was misjoined in this action in violation of Fed. R. Civ. P. 20 and dismissing Defendant Ford Motor Credit Company LLC, the Court granted Plaintiff leave to file a separate action against Defendant Ford Motor Credit Company LLC no later than May 23, 2013. Plaintiff has not filed a new action against Defendant Ford Motor Credit Company LLC as of the date of this Judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff shall recover nothing as against Defendant Ford Motor Credit Company LLC and Judgment shall be entered in favor of Defendant Ford Motor Credit Company LLC on all remaining causes of action herein.

**IT IS SO ORDERED.**

DATED: July 16, 2013    By_____
                         CONSUELO B. MARSHALL
                         UNITED STATES DISTRICT JUDGE