1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE DAGLIYAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>ADVANTA BANK CORP, A Utah Corporation, *et al*,<br><br>Defendants. | Case No. 2:12-CV-08775-CBM-(PJWX)<br><br>Hon. Consuelo B. Marshall<br><br>**JUDGMENT [112]** |

JUDGMENT

SM01DOCS\988082.1

1  The Court's March 22, 2013 Order found that Defendant U.S. Bancorp ("U.S. Bancorp") was misjoined in this action in violation of Fed. R. Civ. P. 20. The Court dismissed U.S. Bancorp and granted Plaintiff leave to file a separate action against U.S. Bancorp no later than May 23, 2013. Plaintiff has not filed a new action against U.S. Bancorp as of the date of this Judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant U.S. Bancorp is hereby dismissed with prejudice, Plaintiff shall recover nothing as against Defendant U.S. Bancorp, and judgment shall be entered in favor of Defendant U.S. Bancorp on all remaining causes of action herein.

**IT IS SO ORDERED.**

Dated:  September 4, 2013

Hon. Consuelo B. Marshall
United States District Judge