UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DAGLIYAN, an individual,<br>　　　　Plaintiff,<br>　　vs.<br>ADVANTA BANK CORP, a Utah Corporation<br>AMERICAN EXPRESS CENTURION BANK, a New York Corporation<br>BANK OF AMERICA N.A., a National Association<br>BMW FINANCIAL SERVICES, a Delaware Limited Liability Company<br>CACH LLC, a Delaware Limited Liability Company<br>CAPITAL ONE BANK (USA) N.A., a National Association<br>CHASE BANK (USA) N.A., a National Association<br>FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company<br>RESURGENT CAPITAL SERVICES, a Delaware Limited Partnership<br>CITIBANK (S.D.) N.A., a National Association<br>TOWNSGATE CAPTIAL CORPORATION, a California Corporation<br>U.S. BANCORP, a Delaware Corporation,<br>　　　　Defendants. | No. 12-cv-08775-CBM (PJWx)<br><br>**JUDGMENT** |

1

Consistent with this Court's August 30, 2013 Order Granting Plaintiff's Motion for Default Judgment (Docket No. 113),

**IT IS ORDERED AND ADJUDGED** that Judgment be and is hereby entered in favor of Plaintiff George Dagliyan in the amount of $10,000.00 in actual damages, $5,000.00 in punitive damages, and $1,500.00 in attorney's fees arising from Plaintiff's claims against Defendant Advanta Bank Corp. for violations of the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785.20, *et seq.*; and

Defendant Advanta Bank Corp. is hereby restrained and enjoined from reporting inaccurate credit information concerning Account 1815, all such inaccurate credit information to be removed or blocked no later than September 13, 2013.

DATED: September 4, 2013      By _/s/ C.B. Marshall_
                              CONSUELO B. MARSHALL
                              UNITED STATES DISTRICT JUDGE